1

2

3

4

5

6

7                                   IN THE UNITED STATES DISTRICT COURT

8                              FOR THE EASTERN DISTRICT OF CALIFORNIA

9      JOWELL FINLEY,

10                    Plaintiff,                          No. CIV S-08-2748 GGH P

11           vs.

12     R.L. GRIGGS, et al.,

13                    Defendants.                         ORDER

14     _____/

15           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

16     42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

17     required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity

18     either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or

19     to submit the appropriate filing fee.

20           The court also observes that plaintiff's complaint was filed with the court on

21     November 17, 2008.  The court's own records reveal that on November 1, 2007, plaintiff filed a

22     complaint containing extremely similar, if not identical allegations against the same defendants.

23     (No. Civ. S-07-2344 FCD EFB P ).[1]   If plaintiff proceeds with this action, it will most likely be

24     dismissed as duplicative of CIV S-07-2344 FCD EFB P.

25     _____

26           [1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
       803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

                                                    1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit

3  in support of his request to proceed in forma pauperis on the form provided by the Clerk of

4  Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the

5  dismissal of this action; and

6        2.  The Clerk of the Court is directed to send plaintiff a new Application to

7  Proceed In Forma Pauperis By a Prisoner.

8  DATED: December 8, 2008

9

                                              /s/ Gregory G. Hollows
10
                                              _____
                                              GREGORY G. HOLLOWS
11                                            UNITED STATES MAGISTRATE JUDGE

12  GGH:mp
    finl2748.23
13

14

15

16

17

18

19

20

21

22

23

24

25

26