IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

             Plaintiff,                   No. CIV S-08-2748 GGH P

    vs.

R. L. GRIGGS, et al.,

             Defendants.             ORDER

_____/

          Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

          Accordingly, the Clerk of Court shall close this case.

DATED: January 8, 2009

                         /s/ Gregory G. Hollows

                         _____
                         UNITED STATES MAGISTRATE JUDGE

fin2748.dis